**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.  1:20-mj-03459-AOR**

**UNITED STATES OF AMERICA**

**v.**

**LAWRENCE F. CURTIN**

       **DEFENDANT.**
_____/

**GOVERNMENT'S RESPONSE IN COMPLIANCE WITH D.E. 21**

The Government, by and through the undersigned Assistant United States Attorney, hereby files this response in compliance with Docket Entry 21, and in response to defense counsel's stipulation to the report submitted by Dr. Coffman, a forensic psychologist with the Bureau of Prisons ("BOP) at the Federal Detention Center in Miami ("FDC").  Dr. Coffman concluded that the defendant, Mr. Curtin, is incompetent at this juncture of the criminal proceedings.  If the Court were to adopt Mr. Curtin's findings, under Title 18, United States Code, Section 4241, the Defendant would be submitted to the custody of the Attorney General for treatment and attempted restoration.  Mr. Curtin is currently detained pretrial at FDC.  The defense attorney for Mr. Curtin, AFPD Bharathi, has stipulated to Dr. Coffman's findings, and the Court has ordered that the Government respond to said stipulation and explain, if necessary, the basis upon which it would dispute Dr. Coffman's findings.

AFPD Bharathi contacted the undersigned on November 5 and 6, 2020 to determine the Government's position on Dr. Coffman's report, which was submitted to the Court and parties on November 4, 2020.  The undersigned explained to AFPD Bharathi that the Government needed additional time to review the report and provide her with a position, and hoped to do so on

November 9, 2020.  To be clear, the Government sought to understand the basis for some of Dr. Coffman's findings.  For example, Dr. Coffman states, on page 10 of his report, that, "Mr. Curtin refused to complete personality and psychopathology measures, asserting that because of his high degree of education and achievement, no psychological testing should be necessary."  Thus, it is clear that psychological tests, such as the DSM-5, were not administered to Mr. Curtin by Dr. Coffman.  Yet, Dr. Coffman, who met with the defendant for approximately five (5) hours, found Mr. Curtin to suffer from psychiatric disorders, such as schizophrenia, under the DSM-5.  From the report, it is apparent that Dr. Coffman relied heavily upon prior psychological examinations and mental health records of Mr. Curtin to form such conclusions.

While the Government had hoped for additional psychological testing to be administered to Mr. Curtin, it is apparent that Mr. Curtin will not submit to any such testing.  Further, given Mr. Curtin's age (seventy-seven), as well as the posture of this case, the Government does not wish to prolong the competency evaluation proceedings any longer.  As such, the Government hereby stipulates to the findings in Dr. Coffman's report.  The Government also respectfully requests that the Court enter an order finding Mr. Curtin incompetent under Title 18, United States, Code, Section 4241, and ordering the Bureau of Prisons to designate and transfer Mr. Curtin to a facility equipped to properly treat and potentially restore Mr. Curtin's mental health as soon as possible.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:    *s/ Vanessa S. Johannes*
    Vanessa Singh Johannes
    Assistant United States Attorney
    Court No. A5501644
    99 N.E. 4th Street, Miami, Florida 33132
    Tel: (305) 961-9023
    Vanessa.S.Johannes@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on November 13, 2020, I electronically filed the foregoing document, the United States' Response in Compliance with D.E. 21, with the Clerk of the Court using Pacer. Further, Assistant Federal Public Defender Sowmya Bharathi, counsel for the Defendant Lawrence F. Curtin, received a true and correct copy of said document via that manner and means.

                              By:    s/ *Vanessa S. Johannes*
                                      Vanessa Singh Johannes
                                      Assistant United States Attorney